# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMITECH INTELLECTUAL PROPERTY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> IKEA NORTH AMERICAN SERVICES, LLC, <br><br> Defendant. | Case No. 2:20-cv-04399-JDW |

## ORDER

AND NOW, this 16th day of March, 2022, upon consideration of Lumitech's Motion To Reopen Case Dismissed Under Rule 41(B) To Enforce Settlement Agreement (ECF No. 46), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Joshua D. Wolson
Hon. Joshua D. Wolson
United States District Judge